IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

2021 AUG -4 A 11: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LaToya M. Moore 265588
Full name and prison number
of plaintiff(s)

v.

Julia Tutwiler Prison
Sgt. M. Chambers
Warden McClain

CIVIL ACTION NO. 2:21-CV-517-MHT-CSC
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   Judge B. Binford

5. Disposition (for example:  Was the case dismissed?
   Was it appealed?  Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit  7/17/2021

7. Approximate date of disposition  7/17/2021

II. PLACE OF PRESENT CONFINEMENT  Julia Tutwiler Prison
for Women, Wetumpka Al, 36902

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Julia Tutwiler
Prison For Women, Wetumpka Al, 36902

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Sgt. M. Chambers | 8966 US. Hwy 231 |
| 2. | Wetumpka AL, 36902 |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  July 17, 2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Violation of 8th Admin mendant, Adminmendant Right;
Violation of 5th Adminmendant. "Cruel and Unusal
Punishment."

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

On 7/17/21 I was physical Abused and punished In a Cruel & Unusal Manner. At Approximately 1:45 pm On July 17th 2021 Sgt. M Chambers Walked Agressively towards Me during Inmate Pill Call and Violently Punched

GROUND TWO: me In my Face. Causing a busted lip, Black Eye, and Chiped tooth.

SUPPORTING FACTS: _____

_____

_____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Officer Sgt. M. Chambers Should Be terminated/
removed form A.D.O.C premises. I should receive
Compensation for legal Affairs pretaing this Case.
Compensation for pain and Suffering

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _____.
(Date)

_____
Signature of plaintiff(s)

4

La Toya M. Moore          # 265588

Julia Tutwiler Prison for Women
8966 U. S. Highway 231
Wetumpka, AL 36092          PC9579

FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 36104   $ 000.51
02 4W
0000339217 AUG. 02  2021

Clerk Debra P. Hackett
Frank M. Johnson Jr US Courthouse Complex
1 Church St., Ste B110
Mont., AL 36104

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36104$4018 C039