IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LATOYA M. MOORE,                ) | |
|        )| |
|     Plaintiffs,        ) | |
|        )| CIVIL ACTION NO. |
|     v.        ) | 2:21cv517-MHT |
|        )| (WO) |
| JULIA TUTWILER PRISON,    ) | |
| et al.,        ) | |
|        )| |
|     Defendants.        ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that she was violently assaulted by a correctional officer.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute because she failed to comply with the court's order to respond to defendants' special reports.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2022.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**